# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| US FOODS, INC., a Delaware corporation, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:23-cv-04790 |
| ) | |
| BOSTON MARKET CORPORATION, a ) | Hon. Manish S. Shah |
| Delaware corporation, ENGAGE BRANDS, ) | |
| LLC, a Delaware limited liability corporation, ) | |
| and JIGNESH N. PANDYA, IV, an ) | |
| individual, ) | |
| ) | |
| Defendants. ) | |

## STATEMENT OF ADDITIONAL FEES AND INTEREST

US Foods, Inc. ("US Foods"), by and through its undersigned counsel, hereby submits this statement of additional fees and interest in support of its motion for entry of default and default judgment (the "Motion for Default Judgment") (ECF No. 17) against defendants Boston Market Corporation ("Boston Market"), Engage Brands, LLC ("Engage Brands"), and Jignesh N. Pandya, IV (collectively, the "Defendants").

1. As to Count I, US Foods is entitled to final judgment in the amount of $1,856,085.12, which includes $1,538,418.75 in principal (ECF No. 17 ¶ 23), $253,938.09 in interest through the date of the Motion for Default Judgment (*id.* ¶ 25), and $63,728.28 in additional per diem interest through February 1, 2024. *See* Summary of Judgment Debts, attached hereto as <u>Exhibit 1</u>.

2. As to Count II, US Foods is entitled to final judgment in the amount of $1,856,085.12, which includes $1,538,418.75 in principal (ECF No. 17 ¶ 23), $253,938.09 in interest through the date of the Motion for Default Judgment (id. ¶ 25), and $63,728.28 in

additional per diem interest through February 1, 2024. *See* Summary of Judgment Debts, attached hereto as Exhibit 1.

3. As to Count III, US Foods is entitled to final judgment in the amount of $12,049,703.00, which includes $10,504,517.30 in principal (ECF No. 17 ¶ 33), $807,400.17 in Deferred Interest (*id.* ¶ 34), $481,457.04 in late charges through the date of the Motion for Default Judgment (*id.* ¶ 35), $120,873.48 in additional per diem late charges through February 1, 2024 (Exhibit 1), attorneys' fees, costs, and expenses of $123,332.40 (*see* Supplemental Declaration of David J. Doyle, attached hereto as <u>Exhibit 2</u>), and $12,122.61 in interest on attorneys' fees, costs, and expenses (*id.*).

4. As to Count IV, US Foods is entitled to final judgment in the amount of $12,049,703.00, which includes $10,504,517.30 in principal (ECF No. 17 ¶ 57), $807,400.17 in Deferred Interest (*id.*), $481,457.04 in late charges through the date of the Motion for Default Judgment (*id.*), $120,873.48 in additional per diem late charges through February 1, 2024 (Exhibit 1), attorneys' fees, costs, and expenses of $123,332.40 (Exhibit 2), and $12,122.61 in interest on attorneys' fees, costs, and expenses (*id.*).

5. As to Count V, US Foods is entitled to final judgment in the amount of $2,905,472.10, which includes $2,445,279.25 in principal (ECF No. 17 ¶ 45), $231,078.89 in interest through November 6, 2023 (*id.* ¶ 24), $105,781.56 in additional per diem interest through February 1, 2024 (Exhibit 1), and attorneys' fees, costs, and expenses of $123,332.40 (Exhibit 2).

Dated:  January 31, 2024                    US FOODS, INC.

                                            By: /s/ David J. Doyle
                                                One of Its Attorneys

                                            David J. Doyle
                                            Shelly A. DeRousse
                                            Elizabeth L. Janczak
                                            SMITH GAMBRELL & RUSSELL LLP
                                            311 South Wacker Drive, Suite 3000
                                            Chicago, Illinois 60606-6677
                                            Telephone:  312.360.6000
                                            Facsimile:   312.360.6520
                                            ddoyle@sgrlaw.com
                                            sderousse@sgrlaw.com
                                            ejanczak@sgrlaw.com

                                            *Attorneys for Plaintiff*