**Exhibit 1**
**Summary of Judgment Debts**

| Count | I | II | III | IV | V |
|---|---|---|---|---|---|
| Principal | $1,538,418.75 | $1,538,418.75 | $10,504,517.30 | $10,504,517.30 | $2,445,279.25 |
| Deferred Interest | $0.00 | $0.00 | $807,400.17 | $807,400.17 | $0.00 |
| Late Charges as of November 9, 2023 | $0.00 | $0.00 | $481,457.04 | $481,457.04 | $0.00 |
| Additional Late Charges | $0.00 | $0.00 | $120,873.48 | $120,873.48 | $0.00 |
| Interest Calculated in Motion | $253,938.09 | $253,938.09 | $0.00 | $0.00 | $231,078.89 |
| Additional Per Diem Interest | $63,728.28 | $63,728.28 | $0.00 | $0.00 | $105,781.56 |
| Attorneys Fees | $0.00 | $0.00 | $123,332.40 | $123,332.40 | $123,332.40 |
| Interest on Attorneys Fees | $0.00 | $0.00 | $12,122.61 | $12,122.61 | $0.00 |
| **Total** | **$1,856,085.12** | **$1,856,085.12** | **$12,049,703.00** | **$12,049,703.00** | **$2,905,472.10** |