UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| US FOODS, INC., a Delaware corporation, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:23-cv-04790 |
| ) | |
| BOSTON MARKET CORPORATION, a ) | Hon. Manish S. Shah |
| Delaware corporation, ENGAGE BRANDS, ) | |
| LLC, a Delaware limited liability corporation, ) | |
| and JIGNESH N. PANDYA, IV, an ) | |
| individual, ) | |
| ) | |
| Defendants. ) | |

**ORDER GRANTING MOTION FOR ENTRY OF
<u>DEFAULT AND DEFAULT JUDGMENT AGAINST DEFENDANTS</u>**

This matter coming to be heard on Plaintiff US Foods, Inc.'s Motion for Entry of Default and Default Judgment Against Defendants (ECF No. 17), due notice having been given, the matter having been fully briefed, and the Court being fully advised in the premises, for the reasons set forth in the Court's Order dated January 29, 2024 (ECF No. 42),

IT IS HEREBY ORDERED:

1. Judgment is entered against Boston Market Corporation and in favor of US Foods, Inc. on Count I of the Complaint (ECF No. 1) in the amount of $1,856,085.12 consisting of: (a) $1,538,418.75 in principal and (b) $317,666.37 in interest, plus post-judgment interest.

2. Judgment is entered against Jignesh N. Pandya, IV and in favor of US Foods, Inc. on Count II of the Complaint in the amount of $1,856,085.12 consisting of: (a) $1,538,418.75 in principal and (b) $317,666.37 in interest, plus post-judgment interest.

3. Judgment is entered against Boston Market Corporation and in favor of US Foods, Inc. on Count III of the Complaint in the amount of $12,049,703.00 consisting of: (a)

$10,504,517.30 in principal, (b) $807,400.17 in deferred interest, (c) $602,330.52 in late charges, (d) $123,332.40 in attorneys' fees and costs, and (e) $12,122.61 in interest on attorneys' fees and costs, plus post-judgment interest, attorneys' fees, and costs.

4. Judgment is entered against Engage Brands, LLC and in favor of US Foods, Inc. on Count IV of the Complaint in the amount of $12,049,703.00, consisting of: (a) $10,504,517.30 in principal, (b) $807,400.17 in deferred interest, (c) $602,330.52 in late charges, (d) $123,332.40 in attorneys' fees and costs, and (e) $12,122.61 in interest on attorneys' fees and costs, plus post-judgment interest, attorneys' fees, and costs.

5. Judgment is entered against Boston Market Corporation and in favor of US Foods, Inc. on Count V of the Complaint in the amount of $2,905,472.10 consisting of: (a) $2,445,279.25 in principal, (b) $336,860.45 in interest, and (c) $123,332.40 in attorneys' fees and costs, plus post-judgment interest, attorneys' fees, and costs.

6. Boston Market Corporation and Jignesh N. Pandya, IV are jointly and severally liable for the judgment obligations under Counts I and II. Boston Market Corporation and Engage Brands, LLC are jointly and severally liable for the judgment obligations under Counts III and IV.

7. The judgment amounts set forth as to Counts I and II are included within the judgment amounts set forth in Counts III and V. Accordingly, the total final judgment amount as to all three defendants is $14,955,175.10, plus post-judgment interest, attorneys' fees, and costs.

8. This Court enters final judgment as to all claims against Defendants Boston Market Corporation, Jignesh N. Pandya, IV, and Engage Brands, LLC and determines that there is no just reason for the delay of enforcement or appeal of this final judgment under Federal Rule of Civil Procedure 54(b).

ENTERED:

Dated: February 2, 2024

                                                Manish S. Shah
                                                United States District Judge