# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE ONLY AS TO APPELLANTS, BOSTON MARKET CORPORATION AND ENGAGE BRANDS LLC

June 21, 2024

| No. 24-1302 | US FOODS, INC., a Delaware corporation,<br>　　　　Plaintiff - Appellee<br><br>v.<br><br>JIGNESH N. PANDYA, IV<br>　　　　Defendant - Appellant |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:23-cv-04790<br>Northern District of Illinois, Eastern Division<br>District Judge Manish S. Shah ||

Herewith is the mandate of this court in this case, issued **ONLY** as to appellant, Boston Market Corporation; appellant, Engage Brands LLC.

A certified copy of the order/opinion of the court, dismissing this party(s) in this case, shall constitute the mandate in this regard.

　　　　RECORD TO BE RETAINED FOR USE IN REMAINDER OF THIS APPEAL

Copies of this notice sent to: Counsel of record

form name: **c7_Mandate_Person**　　(form ID: **217**)