**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| US FOODS, INC., a Delaware corporation, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:23-cv-04790 |
| | ) | |
| BOSTON MARKET CORPORATION, a Delaware corporation, ENGAGE BRANDS, LLC, a Delaware limited liability corporation, and JIGNESH N. PANDYA, IV, an individual, | ) ) ) ) | Hon. Manish S. Shah |
| | ) | |
| Defendants. | ) | |
| | ) | |

## NOTICE OF DISMISSAL OF CITATIONS TO DISCOVER ASSETS

US Foods, Inc. ("US Foods"), by and through its undersigned counsel, hereby dismisses the pending citations to discover assets issued on March 11, 2024 (*see* ECF No. 56) to judgment debtors Boston Market Corporation ("Boston Market") and Engage Brands, LLC ("Engage Brands," together with Boston Market the "Judgment Debtors").

Dated:  March 6, 2025

US FOODS, INC.

By: */s/ Elizabeth L. Janczak*
    One of Its Attorneys

David J. Doyle
Shelly A. DeRousse
Elizabeth L. Janczak
SMITH GAMBRELL & RUSSELL LLP
311 South Wacker Drive, Suite 3000
Chicago, Illinois 60606-6677
Telephone:  312.360.6000
ddoyle@sgrlaw.com
sderousse@sgrlaw.com
ejanczak@sgrlaw.com

*Attorneys for Plaintiff*